**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Jeffrey S. Moore,<br><br>                          *Debtor*. | Case No. 25-12253-pmm<br>Chapter 7 |

**Motion to Approve Michael Colitti as Next Friend**

Debtor Jeffrey S. Moore, through his attorney, moves this Court as follows:

1. The Debtor filed a voluntary petition for relief under chapter 7 on June 4, 2025.

2. The Debtor cannot effectively participate in this bankruptcy case because he recently suffered a severe stroke, which leaves him unable to speak or comprehend speech. Given that, he incapable of realizing and making rational decisions with respect to his financial responsibilities. A statement by the Debtor's physician is attached as Exhibit A.

3. The approval of a Next Friend is necessary to ensure the Debtor's rights and interests are adequately protected and to facilitate the administration of this case in accordance with the Bankruptcy Code.

4. The appointment of a Next Friend is appropriate when a party is unable to manage their affairs, and such an appointment is in the party's best interests. *Gardner v. Parson*, 874 F.2d 131, 139 (3d Cir. 1989).

5. Michael Colitti, the Debtor's step-father is willing and qualified to act as the Debtor's Next Friend in this matter, and has executed an acknowledgement of his duties and powers as Next Friend if approved by the Court. The acknowledgment is attached as Exhibit B.

6. The Next Friend, if approved, will act solely in the best interests of the Debtor and will not receive any personal gain from this appointment beyond their role in assisting the Debtor in fulfilling his obligations under the Bankruptcy Code.

7. Because the Debtor's condition leaves his unable to complete the pre-filing credit counseling and the pre-discharge financial management course, the Court must waive those requirements. *See* 11 U.S.C. § 109(h)(4); 11 U.S.C. § 1328(g)(2).

For the reasons above, the Court must grant relief in the form of order attached, and further in the Debtor's favor if necessary and proper under the law.

Date: June 4, 2025                          SADEK LAW OFFICES, LLC
                                            *Attorney for Debtor*

                                            By: /s/ Brad J. Sadek
                                                Brad J. Sadek
                                                1500 JFK Boulevard, Suite 220
                                                Philadelphia, PA 19102
                                                215-545-0008
                                                brad@sadeklaw.com