Client: Moore, Jeffrey (000011530)
Episode : Episode # 1  Admit : 10/03/2024  Discharge : None  Program : St. Mary Inpatient

---

**Letter**

Date: 10/23/2024

Type of Recipient: Other

Specify Other Recipient: To Whom It May Concern

Letter:



EXHIBIT A

RE: Mr. Jeffrey Moore, DOB 12/20/1968 (SSN ███-██-6928)

Mr. Moore suffered a severe stroke on September 18, 2024 resulting in right arm and right leg paralysis and global aphasia. With Global Aphasia, the patient is unable to speak and unable to reliably comprehend speech. Due to his right hemiplegia, Mr. Moore is unable to walk and is dependent for all mobility and ADLs.

If you need further information, I can be reached at (267)560-1100

Sincerely,

Kathleen Spillane, MD, FAAPMR
Medical Director
St Mary Rehabilitation Hospital
1208 Langhorne-Newtown Rd
Langhorne, PA 19047

Letter Sent From: KATHLEEN SPILLANE MD (000519)