**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Jeffrey S. Moore,<br><br>                    *Debtor*. | Case No. 25-12253-pmm<br>Chapter 7 |

**ORDER**

**AND NOW**, upon consideration of the Motion to Approve Michael Colitti as Next Friend filed by Debtor Jeffrey S. Moore, after notice and hearing, and for good cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. Michael Colitti has the authority to take all actions required by the Debtor as debtor during the pendency of this case, including filing the voluntary petition and testifying on behalf of the Debtor at the meeting of creditors in the Debtor's absence.

3. The Debtor's obligations to complete a pre-petition credit counseling course and a pre-discharge financial management course are waived.

4. This order is effective June 4, 2025.

Date:

                                                          Patricia M. Mayer
                                                          U.S. Bankruptcy Judge