

Jefferson Family Medicine Fairless Hills
535 S Oxford Valley Road
Fairless Hills PA 19030-2612
Phone: 215-946-3100
Fax: 215-946-9965

**EXHIBIT B**

May 12, 2025

Patient Name: Jeffrey Stuart Moore
Date of Birth: 12/20/1968

To Whom It May Concern

Jeffrey Stuart Moore is a patient of this practice under my care. As of May 5, 2025, he now has seizures which are a result from encephalomalacia due to a prior stroke and potentially from a previously occluded left internal carotid artery occlusion that has recanalized.

Please call our office with any questions or concerns.

Lindsay A Balceniuk, MD

RE: Moore, Jeffrey, DOB: 12/20/1968
HOME OF SIDNEY KIMMEL MEDICAL COLLEGE

Page 1

**Communication Routing Information**

| Recipient | Relationship | Method | Details |
|---|---|---|---|
| No recipients have been found. | | | |

**Jefferson Health**

Jefferson Neurology Huntingdon Valley
3501 Masons Mill Road
Suite 504
Huntingdon Valley PA 19006
Phone: 215-659-5867
Fax: 215-938-7125

April 14, 2025

Re:   Jeffrey Stuart Moore
Date of Birth:  12/20/1968

To Whom It May Concern :

I am writing on behalf of my patient, Jeffrey Moore, DOB 12/20/1968, who suffered a significant ischemic stroke in September 2024.

At that time, the patient was diagnosed with a left middle cerebral artery (MCA) and internal carotid artery (ICA) thrombus, for which he underwent emergent mechanical thrombectomy. Imaging subsequently confirmed left MCA and ACA infarcts with hemorrhagic conversion involving the left basal ganglia

As a direct result of this cerebrovascular event, the patient has been left with:
- Severe expressive aphasia with elements of receptive aphasia, significantly impairing verbal communication and comprehension.
- Right arm flaccid paralysis, with no functional use of the limb.
- Severe right lower extremity weakness, resulting in markedly impaired mobility.
- Ongoing dependency for most activities of daily living (ADLs), including bathing, dressing, and ambulation.

Despite ongoing rehabilitation efforts, the patient continues to demonstrate profound functional limitations that prevent any gainful employment. His neurologic deficits are both permanent and disabling.

In my professional medical opinion, Jeffrey Moore meets the criteria for Social Security Disability based on the severity and permanence of his impairments.

Please feel free to contact me if additional information is needed.

Sincerely,

Diana Kukuzenko, CRNP